TRULINCS 35172060 - JARVIS, JASON - Unit: ELK-F-B

---

FROM: Warden
TO: 35172060
SUBJECT: RE:***Inmate to Staff Message***
DATE: 11/06/2023 10:57:04 AM

No action will be taken by the DSCC regarding sentence reductions without an order from the Court. Offenders can petition the Court directly, or the Court may issue an order for eligible offenders. Reduction in Sentence Requests (RIS) and/or Requests for Administrative Remedy are not the correct avenues for inmates to pursue sentence reductions on the basis of Amendment 821. Offenders should file their requests directly to the Court or through their attorney.

---

From: ~^! JARVIS, ~^!JASON <35172060@inmatemessage.com>
Sent: Wednesday, November 1, 2023 9:06 PM
Subject: ***Request to Staff*** JARVIS, JASON, Reg# 35172060, ELK-F-B

To: Mr. Healey
Inmate Work Assignment: FB Orderly

i am asking you to recommend to the BOP a sentence reduction under the First Step Act. Reduction in terms of Imprisonment under 18 U.S.C 3582(c)(1)(A),which expanded the list of specified extraordinary and compelling reasons, by adding a new ground called "Unusually long sentence" under subsection(b)(6)(c),(d) and (e), which permits non-retroactive changes in law to be considered extraordinary and compelling reasons warranting a sentence reduction which criteria I meet.
Thank you for your time and would appreciate your attention to this matter.

Most Respectfully
Jason Jarvis
reg #35172-060

Exhibit A, p. 1