**FCI Hazelton**

**Psychology Department**

January 28, 2016

This memorandum is in recognition of Jason Jarvis, register number 35172-060, in his achievement of successfully completing the OVERCOMERS MENTOR TRAINING PROGRAM that was held in the Federal Correctional Institution, Hazelton, WV.

The OVERCOMERS MENTOR TRAINING PROGRAM is a faith based, inmate led, and Psychology supported program that is a grass-roots effort to promote more positive thinking and behaviors in the lives of the participants that will transition into the inmate population. This program is designed to allow men who have demonstrated positive change in their lives to gain knowledge and skill to help build those positive character traits in others. The aim of this program is to reduce gang related activity and incidents, improve inmate morale, encourage programming, growth, and change, reduce recidivism, and break family cycles of incarceration, gang involvement, and crime.

All participants in the OVERCOMERS MENTOR TRAINING PROGRAM are screened by Psychology staff before entry. Although the program is volunteer based, only those individuals who have demonstrated a marked degree of rehabilitation and have a sincere desire to assist in the changing of lives will be accepted. The participants of this program have put forth a notable effort to support change that separates them from all others. Jason Jarvis is personally recognized for not only the successful completion of this program, but also for his willingness to be an asset and to stand for the change this program represents.

A. McCabe, PhD
Deputy Chief of Psychology
FCI Hazelton



Certificate of Completion
FCI HAZELTON
This Certificate is presented to:
Jarvis, Jason #35172-060
For Successfully Completing
Overcomers Mentoring
Program
Awarded on this 3rd day of February in 2016
A. McCabe, Ph.D
Deputy Chief Psychologist
1/28/16
Date

ELKF9 * INMATE EDUCATION DATA * 10-30-2023
PAGE 001 * TRANSCRIPT * 12:02:38

REGISTER NO: 35172-060 NAME..: JARVIS FUNC: PRT
FORMAT.....: TRANSCRIPT RSP OF: ELK-ELKTON FCI

--------------------------- EDUCATION INFORMATION ---------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| ELK | ESL HAS | ENGLISH PROFICIENT | 12-20-1994 0911 | CURRENT |
| ELK | GED HAS | COMPLETED GED OR HS DIPLOMA | 12-21-1994 1525 | CURRENT |

----------------------------- EDUCATION COURSES -----------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| ELK | SPINNING M 1 PM | 11-09-2022 | 02-02-2023 | P | C | P | 2 |
| ELK | UNIT ACE PACKET 12: GEOGRAPHY | 04-13-2021 | 04-30-2021 | P | C | P | 5 |
| ELK | UNIT ACE PACKET 11: MATH | 03-09-2021 | 03-26-2021 | P | C | P | 5 |
| ELK | ACE PACKET 10: ECONOMICS | 02-16-2021 | 03-05-2021 | P | C | P | 5 |
| ELK | UNIT ACE PACKET 9:SOCIALSTUDY | 01-26-2021 | 02-12-2021 | P | C | P | 5 |
| ELK | UNIT ACE PACKET 8: SCIENCE | 01-05-2021 | 01-22-2021 | P | C | P | 5 |
| ELK | UNT ACE PACKET7:CHRISTMASCAROL | 12-14-2020 | 01-01-2021 | P | C | P | 5 |
| ELK | UNIT ACE PACKET 6:INVISIBLEMAN | 11-16-2020 | 12-04-2020 | P | C | P | 5 |
| ELK | UNIT ACE PACKET 5: 20K LEAGUES | 09-28-2020 | 11-06-2020 | P | C | P | 5 |
| ELK | UNIT ACE PACKET 3: FAMOUS ATHL | 09-07-2020 | 09-14-2020 | P | C | P | 5 |
| ELK | UNIT ACE PACKET 1: SOLAR SYST | 08-17-2020 | 08-31-2020 | P | C | P | 5 |
| ELK | PROFESSIONAL COMMO. SKILLS | 08-05-2019 | 09-15-2019 | P | C | P | 8 |
| ELK | THE SCIENCE OF SOUND | 03-31-2019 | 07-21-2019 | P | C | P | 16 |
| ELK | ACE: BUSINESS OF REENTRY | 03-31-2019 | 07-21-2019 | P | C | P | 16 |
| ELK | BUSINESS START UP, SUNDAYS | 03-31-2019 | 07-21-2019 | P | C | P | 16 |
| ELK | ACE FCI: BASIC CARPENTRY INFO | 03-31-2019 | 07-21-2019 | P | C | P | 16 |
| ELK | AFRICAN AM HISTORY, FCI, SUN | 03-31-2019 | 07-31-2019 | P | C | P | 16 |
| ELK | ACE: MANAGEMENT OF ANIMALS | 04-22-2018 | 08-19-2018 | P | C | P | 16 |
| ELK | ACE: APPLIED REENTRY | 04-22-2018 | 08-19-2018 | P | C | P | 16 |
| ELK | ACE UNDERSTANDING WEATHER, SUN | 04-22-2018 | 08-19-2018 | P | C | P | 16 |
| ELK | NFPT PERSONAL TRAINER-RPP<EM> | 10-30-2017 | 02-26-2018 | P | C | P | 24 |
| ELK | TYPING / 1400 CLEGG | 08-14-2017 | 10-11-2017 | P | C | P | 40 |
| ELK | AIDS AWARENESS-RPP<HN> | 07-06-2017 | 07-06-2017 | P | C | P | 1 |
| HAF | GRAPHICS ARTS VOC. EXPLORATORY | 03-09-2015 | 06-05-2015 | P | C | E | 98 |
| HAF | CARPENTRY MATH AM | 04-28-2015 | 06-22-2015 | P | C | P | 20 |
| MCK | SETTG.INTENTIONS TH.12:30-3:00 | 02-06-2014 | 02-06-2014 | P | C | P | 10 |
| MCK | RPP(3) AVOIDMONEYTRAP | 07-16-2013 | 07-16-2013 | P | C | P | 1 |
| FLP CADRE | EARTH'S NATURAL WONDERS | 01-09-2013 | 01-09-2013 | P | C | P | 4 |
| FLP CADRE | JOB INTERVIEW MISTAKES RPP | 11-08-2012 | 11-08-2012 | P | C | P | 4 |
| FLP CHG | PARENTING BLUE SIDE | 06-02-2011 | 08-26-2011 | P | C | P | 10 |
| POL | SHU EMERGENCY LANGUAGE TERMS | 07-09-2010 | 08-09-2010 | P | C | P | 4 |
| POL | SHU COMMERCIAL DRIVERS LISCENC | 07-09-2010 | 08-09-2010 | P | C | P | 4 |
| POL | SHU PERSONAL HEALTH | 07-09-2010 | 08-09-2010 | P | C | P | 4 |
| POL | SHU GOOD HOUSE KEEPING | 07-09-2010 | 08-09-2010 | P | C | P | 4 |
| POL | SHU EMERGENCY LANGUAGE TERMS | 07-03-2010 | 08-03-2010 | P | C | P | 4 |
| POL | SHU PERSONAL HEALTH | 07-03-2010 | 08-03-2010 | P | C | P | 4 |
| POL | HOW TO BUY A CAR | 06-29-2010 | 07-29-2010 | P | C | P | 4 |
| POL | SHU-ACE COMPUTER HARDWARE | 06-29-2010 | 07-29-2010 | P | C | P | 4 |
| POL | SHU-ACE COMPUTER SOFTWARE | 06-29-2010 | 07-29-2010 | P | C | P | 4 |
| POL | SHU CHECK BALANCING | 06-01-2010 | 07-01-2010 | P | C | P | 4 |

G0002 MORE PAGES TO FOLLOW . . .

RPP - Release Preparation Plan Classes

ELKF9 * INMATE EDUCATION DATA * 10-30-2023
PAGE 002 * TRANSCRIPT * 12:02:38

REGISTER NO: 35172-060 NAME..: JARVIS FUNC: PRT
FORMAT.....: TRANSCRIPT RSP OF: ELK-ELKTON FCI

----------------------------- EDUCATION COURSES -----------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| POL | PERSONAL CREDIT - SHU | 06-01-2010 | 07-01-2010 | P | C | P | 4 |
| POL | SHU JOB SEARCH | 05-23-2010 | 06-23-2010 | P | C | P | 4 |
| POL | SHU COMPLETING JOB APPLICATION | 05-23-2010 | 06-23-2010 | P | C | P | 4 |
| POL | SHU MONEY 2 | 05-03-2010 | 06-03-2010 | P | C | P | 4 |
| POL | SHU MONEY 3 | 05-03-2010 | 06-03-2010 | P | C | P | 4 |
| POL | SHU MONEY 1 | 05-03-2010 | 06-03-2010 | P | C | P | 4 |
| POL | HOW TO PURCHASE INSURANCE | 04-21-2010 | 05-21-2010 | P | C | P | 4 |
| POL | SHU MEDICAL LANGUAGE | 04-21-2010 | 05-21-2010 | P | C | P | 4 |
| POL | HOW TO GET TRANSPORTATION | 04-14-2010 | 05-14-2010 | P | C | P | 4 |
| POL | SHU-ACE CREDIT CARD LANGUAGE | 04-14-2010 | 05-14-2010 | P | C | P | 4 |
| POL | PERSONAL BANKING- SHU | 04-05-2010 | 05-05-2010 | P | C | P | 4 |
| POL | SHU GOVERNMENT LANGUAGE | 04-05-2010 | 05-05-2010 | P | C | P | 4 |
| POL | SHU-ACE DRUG STORE BASIC LANG. | 04-05-2010 | 05-05-2010 | P | C | P | 4 |
| BTF GP | VGCC GENERAL PSYCHOLOGY T 530 | 08-19-2008 | 12-20-2008 | C | C | P | 0 |
| BTF GP | VGCC INDIV. INCOME TAX MW 930A | 08-15-2008 | 12-20-2008 | C | C | P | 0 |
| BTF GP | VGCC RM138 530-830 TUES | 08-17-2007 | 12-14-2007 | C | C | P | 0 |
| BTF GP | VGCC RM132 930-1130 MWF | 08-17-2007 | 12-14-2007 | C | C | P | 0 |
| BTF GP | VGCC ROOM 132 1230-330 | 08-17-2007 | 12-14-2007 | C | C | P | 0 |
| BTF GP | SPINNING CLASS RECREATION | 09-30-2006 | 11-03-2006 | P | C | P | 4 |
| CUM | INTRODUCION TO INVESTING | 06-27-2005 | 09-08-2005 | P | W | V | 8 |
| CUM | HAIR SALON OWNERSHIP | 06-29-2005 | 08-31-2005 | P | C | P | 8 |
| CUM | SHARING SPANISH INTERMEDIATE | 06-28-2005 | 08-30-2005 | P | W | V | 8 |
| GIL | 99 DYS/WAKE UP COUNSELING | 10-01-2004 | 10-01-2004 | P | C | P | 8 |
| GIL | 99 DYS/WAKE UP COUNSELING | 06-27-2004 | 10-01-2004 | P | C | P | 8 |
| MCK | RPP(6)SELF-STUDY,LIFE&LOSS | 10-13-2002 | 12-15-2002 | P | C | P | 40 |
| MCK | PARENTING W/DIGNITY TU 600-830 | 03-25-2002 | 06-18-2002 | P | C | P | 25 |
| MCK | CORRECTION COUNSELING GROUP AA | 08-20-2001 | 11-05-2001 | P | C | P | 40 |
| MCK | RPP-VALUES COUNSELGRP,MCNINCH | 08-20-2001 | 11-05-2001 | P | C | P | 40 |
| MCK | RELATIONSHIPS-M/W/TH 930-1130 | 11-07-2001 | 01-03-2002 | P | C | P | 38 |
| MCK | RPP-VICTIM IMPACT-E.MCNINCH | 07-11-2001 | 12-05-2001 | P | C | P | 80 |
| MCK | PARENTING ROOM ORIENTATION | 12-14-2001 | 12-14-2001 | P | C | P | 1 |
| MCK | CORRECTION COUNSELING GROUP AA | 05-16-2001 | 07-19-2001 | P | C | P | 40 |
| LEW | LEISURE ACT/MUSIC LISTEN 2001 | 01-02-2001 | 03-15-2001 | P | C | P | 25 |
| LEW | LEISURE ACT/MUSIC LISTEN 2000 | 06-16-2000 | 01-02-2001 | P | C | P | 30 |
| LEW | ECONOMICS 102/NEWPORT COLLEGE | 05-16-2000 | 09-05-2000 | P | C | P | 40 |
| LEW | MATH-STATISTICS/NEWPORT COLLEG | 05-16-2000 | 09-05-2000 | P | C | P | 40 |
| LEW | LEISURE ACT/SUMMER BSKBALL2000 | 07-25-2000 | 09-14-2000 | P | C | P | 50 |
| LEW | LEISURE ACT/SOFTBALL 2000 | 05-08-2000 | 09-09-2000 | P | C | P | 48 |
| LEW | ECONOMICS 101/NEWPORT COLLEGE | 01-24-2000 | 05-02-2000 | P | C | P | 40 |
| LEW | MANAGEMENT 101/NEWPORT COLLEGE | 01-24-2000 | 05-02-2000 | P | C | P | 40 |
| LEW | HISTORY ACE COURSE | 09-13-1999 | 03-20-2000 | P | C | P | 24 |
| LEW | PSYCHOLOGY 107/NEWPORT COLLEGE | 09-13-1999 | 12-23-1999 | P | C | P | 40 |
| LEW | MARKETING 104/NEWPORT COLLEGE | 09-14-1999 | 12-23-1999 | P | C | P | 40 |
| LEW | LEISURE ACTIVITY/FOOTBALL | 09-11-1999 | 11-27-1999 | P | C | P | 33 |
| LEW | LEISURE ACTIVITY/SOFTBALL | 05-24-1999 | 09-10-1999 | P | C | P | 58 |

G0002 MORE PAGES TO FOLLOW . . .

RPP - Release Preparation Classes

VGCC - Vance Granville Community College Classes

Newport College

ELKF9 * INMATE EDUCATION DATA * 10-30-2023
PAGE 003 OF 003 * TRANSCRIPT * 12:02:38

REGISTER NO: 35172-060 NAME..: JARVIS FUNC: PRT
FORMAT.....: TRANSCRIPT RSP OF: ELK-ELKTON FCI

------------------------------ EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| LEW | LEISURE ACTIVITY/BASKETBALL | 07-19-1999 | 09-12-1999 | P | C | P | 21 |
| LEW | BUSINESMATH101/NEWPORT COLLEGE | 06-08-1999 | 09-01-1999 | P | C | P | 40 |
| LEW | ACCOUNTING 101/NEWPORT COLLEGE | 06-08-1999 | 09-01-1999 | P | C | P | 40 |
| LEW | REAL ESTATE/NEWPORT COLLEGE | 06-09-1999 | 09-01-1999 | P | C | P | 40 |
| LEW | LEISURE ACTIVITY/FOOTBALL | 09-12-1998 | 11-26-1998 | P | C | P | 33 |

Newport College

G0000 TRANSACTION SUCCESSFULLY COMPLETED

ELKF9 531.01 * INMATE HISTORY * 10-30-2023
PAGE 001 OF 001 * DRUG PGMS * 12:08:39

REG NO..: 35172-060 NAME....: JARVIS, JASON
CATEGORY: DRG FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| ELK | DAP REFER | DRUG ABUSE PROGRAM REFER | 11-24-2021 1254 | CURRENT |
| ELK | ED COMP | DRUG EDUCATION COMPLETE | 08-17-2022 1250 | CURRENT |
| ELK | MAT DECL | MED ASSIST TRMT DECLINE | 12-17-2021 1035 | CURRENT |
| ELK | NR WAIT | NRES DRUG TMT WAITING | 08-22-2017 1110 | CURRENT |
| ELK | ED PART V | DRUG EDUCATION PARTICIPANT-VOL | 06-28-2022 0900 | 08-17-2022 1250 |
| ELK | ED COMP | DRUG EDUCATION COMPLETE | 03-08-2016 1352 | 06-28-2022 0900 |
| HAF | DRG E COMP | DRUG EDUCATION COMPLETED | 02-23-2000 1000 | 03-08-2016 1352 |
| HAF | DRG I NONE | NO DRUG INTERVIEW REQUIRED | 12-31-1996 1014 | 11-19-2015 0922 |
| HAF | ED FAIL V | DRUG EDUCATION FAIL-VOLUNTEER | 01-05-2012 1015 | 11-19-2015 0921 |
| HAF | NR WAIT | NRES DRUG TMT WAITING | 07-11-2013 1045 | 06-24-2014 0948 |
| MCK | NR PART | NRES DRUG COUNSEL PARTICIPANT | 05-06-2013 0928 | 07-10-2013 1115 |
| FLP | NR WAIT | NRES DRUG TMT WAITING | 04-23-2013 1348 | 05-06-2013 0928 |
| FLP | ED PART V | DRUG EDUCATION PARTICIPANT-VOL | 12-05-2011 0720 | 01-05-2012 1015 |
| FLP | ED WAIT V | DRUG EDUCATION WAIT-VOLUNTEER | 06-01-2011 1445 | 12-05-2011 0720 |
| LEW | ED PART V | DRUG EDUCATION PARTICIPANT-VOL | 08-11-1999 0800 | 02-23-2000 1000 |
| LEW | ED WAIT V | DRUG EDUCATION WAIT-VOLUNTEER | 01-04-1995 1911 | 08-11-1999 0800 |

Throughout my incarceration, I have participated and completed 5 drug education programs.

Voluntary Drug Treatment class I completed after receiving the incident report for posession of alcohol

G0000 TRANSACTION SUCCESSFULLY COMPLETED

ELKF9 531.01 * INMATE HISTORY * 10-30-2023
PAGE 001 OF 001 * PT OTHER * 12:06:23

REG NO..: 35172-060 NAME....: JARVIS, JASON
CATEGORY: PTO FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| ELK | ANG M WAIT | ANGER MANAGEMENT CBT WAIT | 12-17-2021 1255 | CURRENT |
| ELK | CR TH WAIT | CRIMINAL THINKING WAIT | 11-24-2021 1255 | CURRENT |
| ELK | EM SR WAIT | EMOTIONAL SELF-REG CBT WAIT | 11-24-2021 1255 | CURRENT |
| ELK | WELIN OUTW | WELLNESS INSIDE OUT WAIT | 09-21-2023 0918 | CURRENT |

G0000 TRANSACTION SUCCESSFULLY COMPLETED

# FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:35172-060, Last Name:JARVIS

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

Register Number: 35172-060
Inmate Name
Last.........: JARVIS
First........: JASON
Middle.......:
Suffix.......:
Gender.........: MALE

Risk Level Inmate....: R-LW
General Level......: R-LW (8)
Violent Level......: R-LW (10)
Security Level Inmate: LOW
Security Level Facl..: LOW
Responsible Facility.: ELK
Start Incarceration..: 11/22/1994

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 48

General Score: -12, Violent Score: -4

Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| DRG | ED COMP | 08/17/2022 12:50 | |
| EDC | HIST ACE | 09/13/1999 12:00 | 09/13/1999 12:00 |
| EDC | MWTH930 P4 | 11/07/2001 00:01 | 11/07/2001 00:01 |
| EDC | VISIT ROOM | 12/14/2001 14:32 | 12/14/2001 14:32 |
| EDC | TUE 6PM P2 | 03/25/2002 14:49 | 03/25/2002 14:49 |
| EDC | F HAIR SAL | 06/29/2005 00:01 | 06/29/2005 00:01 |
| EDC | SHU-GOV | 04/05/2010 15:08 | 04/05/2010 15:08 |
| EDC | SHU-BANK | 04/05/2010 15:10 | 04/05/2010 15:10 |
| EDC | SHU-TRANSP | 04/14/2010 14:40 | 04/14/2010 14:40 |
| EDC | SHU-MED | 04/21/2010 13:30 | 04/21/2010 13:30 |
| EDC | SHU-INSURE | 04/21/2010 13:38 | 04/21/2010 13:38 |
| EDC | SHU-MONEY1 | 05/03/2010 14:13 | 05/03/2010 14:13 |
| EDC | SHU-MONEY3 | 05/03/2010 14:26 | 05/03/2010 14:26 |
| EDC | SHU-MONEY2 | 05/03/2010 14:46 | 05/03/2010 14:46 |
| EDC | SHU-JOBAPP | 05/23/2010 12:31 | 05/23/2010 12:31 |
| EDC | SHU-JOBOPN | 05/23/2010 12:34 | 05/23/2010 12:34 |
| EDC | SHU-CREDIT | 06/01/2010 14:07 | 06/01/2010 14:07 |
| EDC | SHU-CHECKS | 06/01/2010 14:11 | 06/01/2010 14:11 |
| EDC | SOFTWARE | 06/29/2010 14:52 | 06/29/2010 14:52 |
| EDC | HARDWARE | 06/29/2010 14:53 | 06/29/2010 14:53 |
| EDC | SHU-CARBUY | 06/29/2010 14:57 | 06/29/2010 14:57 |
| EDC | SHU-HOUSE | 07/09/2010 12:19 | 07/09/2010 12:19 |
| EDC | SHU-HEALTH | 07/09/2010 12:20 | 07/09/2010 12:20 |
| EDC | SHU-CDL | 07/09/2010 12:31 | 07/09/2010 12:31 |
| EDC | SHU-EMERGE | 07/09/2010 14:32 | 07/09/2010 14:32 |
| EDC | PARENT B | 06/02/2011 14:09 | 06/02/2011 14:09 |
| EDC | INTERVIEW | 11/08/2012 13:40 | 11/08/2012 13:40 |
| EDC | EARTH | 01/09/2013 12:19 | 01/09/2013 12:19 |

**FSA Recidivism Risk Assessment (PATTERN 01.03.00)**

**Register Number:35172-060, Last Name:JARVIS**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| | | | |
|---|---|---|---|
| EDC | CAR MATH A | 04/28/2015 14:46 | 04/28/2015 14:46 |
| EDC | ED 1400KCL | 08/14/2017 00:01 | 08/14/2017 00:01 |
| EDC | WEATHER | 04/22/2018 13:19 | 04/22/2018 13:19 |
| EDC | APPL REEN | 04/22/2018 13:34 | 04/22/2018 13:34 |
| EDC | ANIMALS | 04/22/2018 14:40 | 04/22/2018 14:40 |
| EDC | AF AM HIS | 03/31/2019 00:01 | 03/31/2019 00:01 |
| EDC | BUSINESS | 03/31/2019 00:01 | 03/31/2019 00:01 |
| EDC | CARPENTRY | 03/31/2019 00:01 | 03/31/2019 00:01 |
| EDC | SCI SOUND | 03/31/2019 08:47 | 03/31/2019 08:47 |
| EDC | REEN BUSIN | 03/31/2019 13:41 | 03/31/2019 13:41 |
| EDC | ACE PCK 2 | 08/17/2020 11:08 | 08/17/2020 11:08 |
| EDC | ACE PCK 3 | 09/07/2020 08:17 | 09/07/2020 08:17 |
| EDC | ACE PCK 5 | 09/28/2020 08:02 | 09/28/2020 08:02 |
| EDC | ACE PCK 6 | 11/16/2020 08:01 | 11/16/2020 08:01 |
| EDC | ACE PCK 7 | 12/14/2020 12:18 | 12/14/2020 12:18 |
| EDC | ACE PCK 8 | 01/05/2021 13:32 | 01/05/2021 13:32 |
| EDC | ACE PCK 9 | 01/26/2021 12:39 | 01/26/2021 12:39 |
| EDC | ACE PCK 10 | 02/16/2021 06:24 | 02/16/2021 06:24 |
| EDC | ACE PCK 11 | 03/09/2021 07:20 | 03/09/2021 07:20 |
| EDC | ACE PCK 12 | 04/13/2021 09:21 | 04/13/2021 09:21 |

---

Item: Work Programs, Value: 1

General Score: -1, Violent Score: -1

Risk Item Data

| Category - | Assignment - | Start | - Stop |
|---|---|---|---|
| WRK | PAINT 1 | 07/19/1995 00:01 | 07/19/1995 00:01 |

# FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:35172-060, Last Name:JARVIS

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

Register Number: 35172-060
Inmate Name
Last.........: JARVIS
First........: JASON
Middle.......:
Suffix.......:
Gender.........: MALE

Risk Level Inmate....: R-LW
General Level......: R-LW (8)
Violent Level......: R-LW (10)
Security Level Inmate: LOW
Security Level Facl..: LOW
Responsible Facility.: ELK
Start Incarceration..: 11/22/1994

**PATTERN Worksheet Summary**

| Item | - Value | - General Score | - Violent Score |
|---|---|---|---|
| Current Age | 49 | 14 | 8 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | TRUE | 5 | 7 |
| Criminal History Points | 2 | 8 | 3 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoNeed | -6 | -3 |
| All Incident Reports (120 Months) | 1 | 1 | 1 |
| Serious Incident Reports (120 Months) | 1 | 1 | 1 |
| Time Since Last Incident Report | 21 | 0 | 0 |
| Time Since Last Serious Incident Report | 21 | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 48 | -12 | -4 |
| Work Programs | 1 | -1 | -1 |
| | Total | 8 | 10 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 48
General Score: -12, Violent Score: -4
Risk Item Data

| Category | - Assignment | - Start | - Stop |
|---|---|---|---|
| DRG | ED COMP | 08/17/2022 12:50 | |
| EDC | HIST ACE | 09/13/1999 12:00 | 09/13/1999 12:00 |
| EDC | MWTH930 P4 | 11/07/2001 00:01 | 11/07/2001 00:01 |
| EDC | VISIT ROOM | 12/14/2001 14:32 | 12/14/2001 14:32 |
| EDC | TUE 6PM P2 | 03/25/2002 14:49 | 03/25/2002 14:49 |
| EDC | F HAIR SAL | 06/29/2005 00:01 | 06/29/2005 00:01 |
| EDC | SHU-GOV | 04/05/2010 15:08 | 04/05/2010 15:08 |
| EDC | SHU-BANK | 04/05/2010 15:10 | 04/05/2010 15:10 |
| EDC | SHU-TRANSP | 04/14/2010 14:40 | 04/14/2010 14:40 |
| EDC | SHU-MED | 04/21/2010 13:30 | 04/21/2010 13:30 |

Case: 1:94-cr-00068-CAB Doc #: 637-2 Filed: 11/28/23 11 of 12. PageID #: 2306

**FSA Recidivism Risk Assessment (PATTERN 01.03.00)**

Register Number:35172-060, Last Name:JARVIS

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| | | | |
|---|---|---|---|
| EDC | SHU-INSURE | 04/21/2010 13:38 | 04/21/2010 13:38 |
| EDC | SHU-MONEY1 | 05/03/2010 14:13 | 05/03/2010 14:13 |
| EDC | SHU-MONEY3 | 05/03/2010 14:26 | 05/03/2010 14:26 |
| EDC | SHU-MONEY2 | 05/03/2010 14:46 | 05/03/2010 14:46 |
| EDC | SHU-JOBAPP | 05/23/2010 12:31 | 05/23/2010 12:31 |
| EDC | SHU-JOBOPN | 05/23/2010 12:34 | 05/23/2010 12:34 |
| EDC | SHU-CREDIT | 06/01/2010 14:07 | 06/01/2010 14:07 |
| EDC | SHU-CHECKS | 06/01/2010 14:11 | 06/01/2010 14:11 |
| EDC | SOFTWARE | 06/29/2010 14:52 | 06/29/2010 14:52 |
| EDC | HARDWARE | 06/29/2010 14:53 | 06/29/2010 14:53 |
| EDC | SHU-CARBUY | 06/29/2010 14:57 | 06/29/2010 14:57 |
| EDC | SHU-HOUSE | 07/09/2010 12:19 | 07/09/2010 12:19 |
| EDC | SHU-HEALTH | 07/09/2010 12:20 | 07/09/2010 12:20 |
| EDC | SHU-CDL | 07/09/2010 12:31 | 07/09/2010 12:31 |
| EDC | SHU-EMERGE | 07/09/2010 14:32 | 07/09/2010 14:32 |
| EDC | PARENT B | 06/02/2011 14:09 | 06/02/2011 14:09 |
| EDC | INTERVIEW | 11/08/2012 13:40 | 11/08/2012 13:40 |
| EDC | EARTH | 01/09/2013 12:19 | 01/09/2013 12:19 |
| EDC | CAR MATH A | 04/28/2015 14:46 | 04/28/2015 14:46 |
| EDC | ED 1400KCL | 08/14/2017 00:01 | 08/14/2017 00:01 |
| EDC | WEATHER | 04/22/2018 13:19 | 04/22/2018 13:19 |
| EDC | APPL REEN | 04/22/2018 13:34 | 04/22/2018 13:34 |
| EDC | ANIMALS | 04/22/2018 14:40 | 04/22/2018 14:40 |
| EDC | AF AM HIS | 03/31/2019 00:01 | 03/31/2019 00:01 |
| EDC | BUSINESS | 03/31/2019 00:01 | 03/31/2019 00:01 |
| EDC | CARPENTRY | 03/31/2019 00:01 | 03/31/2019 00:01 |
| EDC | SCI SOUND | 03/31/2019 08:47 | 03/31/2019 08:47 |
| EDC | REEN BUSIN | 03/31/2019 13:41 | 03/31/2019 13:41 |
| EDC | ACE PCK 2 | 08/17/2020 11:08 | 08/17/2020 11:08 |
| EDC | ACE PCK 3 | 09/07/2020 08:17 | 09/07/2020 08:17 |
| EDC | ACE PCK 5 | 09/28/2020 08:02 | 09/28/2020 08:02 |
| EDC | ACE PCK 6 | 11/16/2020 08:01 | 11/16/2020 08:01 |
| EDC | ACE PCK 7 | 12/14/2020 12:18 | 12/14/2020 12:18 |
| EDC | ACE PCK 8 | 01/05/2021 13:32 | 01/05/2021 13:32 |
| EDC | ACE PCK 9 | 01/26/2021 12:39 | 01/26/2021 12:39 |
| EDC | ACE PCK 10 | 02/16/2021 06:24 | 02/16/2021 06:24 |
| EDC | ACE PCK 11 | 03/09/2021 07:20 | 03/09/2021 07:20 |
| EDC | ACE PCK 12 | 04/13/2021 09:21 | 04/13/2021 09:21 |

Item: Work Programs, Value: 1

General Score: -1, Violent Score: -1

Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| WRK | PAINT 1 | 07/19/1995 00:01 | 07/19/1995 00:01 |

Assessment Date: 09/04/2023 (2) Assessment# R-2146628434

Exhibit B, p. 11

FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:35172-060, Last Name:JARVIS

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS